IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RENEE NICOLE MELTON and TAMMY PAULUS, on behalf of themselves and other similarly situated | ) ) ) ) | No. 3-10-0691 |
| v. | ) ) ) | |
| VIP HOME NURSING & REHABILITATION SERVICE, LLC d/b/a Careall; CAREALL, INC.; CAREALL, LLC; CAREALL HOME CARE SOLUTIONS, INC.; CAREALL MANAGEMENT, LLC; CAREALL PERSONAL SERVICES, INC.; and J.W. CARELL ENTERPRISES, INC. | ) ) ) ) ) ) ) ) ) | |

O R D E R

Pursuant to the order entered January 20, 2011 (Docket Entry No. 15), counsel for the parties called the Court on February 28, 2011, at which time they advised that defendants' comptroller and plaintiffs' paralegal had met and narrowed down the remaining documents requested by the plaintiffs, which the defendants have represented they will provide to the plaintiffs within one week. Thereafter, plaintiffs' counsel will review those documents and counsel and defendant's comptroller will meet to determine if both parties agree on the calculations and, assuming the plaintiffs have all necessary documents, the plaintiffs will make a settlement demand.

Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, April 7, 2011, at 2:00 p.m.,** to be initiated by plaintiffs' counsel, to address whether a settlement has been reached, and, if not, to address the status of settlement discussions.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge