IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RENEE NICOLE MELTON and )
TAMMY PAULUS, on behalf of )
themselves and other similarly )
situated ) No. 3-10-0691
 )
v. )
 )
VIP HOME NURSING & )
REHABILITATION SERVICE, LLC )
d/b/a Careall; CAREALL, INC.; )
CAREALL, LLC; CAREALL HOME )
CARE SOLUTIONS, INC.; CAREALL )
MANAGEMENT, LLC; CAREALL )
PERSONAL SERVICES, INC.; and J.W. )
CARELL ENTERPRISES, INC. )

O R D E R

Pursuant to the order entered July 5, 2011 (Docket Entry No. 23), counsel for the parties called the Court on July 28, 2011, at which time plaintiffs' counsel advised that they were nearly completed with "Step 1," which involved the labor-intensive task of manually reviewing 4800 time and work detail listings that the defendants had provided, and expected to identify, by August 5, 2011, what work weeks each employee worked overtime. The defendants will then provide payroll detail records, reflecting pay rates and actual pay for those employees identified as working overtime. The second step will be to determine whether those employees were paid overtime for the overtime hours worked. Plaintiffs' counsel estimated that the "Step 2" process could take as long as six weeks.

Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, September 15, 2011, at 11:00 a.m.,** to be initiated by plaintiffs' counsel, to report on the completion of "Step 2," the parties' settlement discussions, and any further information that needs to be gathered to determine whether the parties can reach a settlement in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge