IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RENEE NICOLE MELTON and )
TAMMY PAULUS, on behalf of )
themselves and others similarly )
situated ) No. 3-10-0691
)
v. )
)
VIP HOME NURSING & )
REHABILITATION SERVICE, LLC )
d/b/a Careall; CAREALL, INC.; )
CAREALL, LLC; CAREALL HOME )
CARE SOLUTIONS, INC.; CAREALL )
MANAGEMENT, LLC; CAREALL )
PERSONAL SERVICES, INC.; and J.W. )
CARELL ENTERPRISES, INC. )

O R D E R

During the conference call held on December 5, 2012, a telephone conference call was scheduled on **Tuesday, October 2, 2013, at 11:00 a.m.,** to be initiated by plaintiffs' counsel, to address the trial calendar. That conference call should have been included in the order entered December 10, 2012 (Docket Entry No. 64).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge