IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RENEE NICOLE MELTON and TAMMY PAULUS, on behalf of themselves and others similarly situated | ) ) ) ) ) No. 3-10-0691 |
| v. | ) ) |
| VIP HOME NURSING & REHABILITATION SERVICE, LLC d/b/a Careall; CAREALL, INC.; CAREALL, LLC; CAREALL HOME CARE SOLUTIONS, INC.; CAREALL MANAGEMENT, LLC; CAREALL PERSONAL SERVICES, INC.; and J.W. CARELL ENTERPRISES, INC. | ) ) ) ) ) ) ) ) ) |

O R D E R

Pursuant to the order entered November 26, 2013 (Docket Entry No. 75), counsel for the parties called the Court on December 20, 2013, at which time the following matters were addressed:

1. The parties participated in private mediation on the issue of attorney's fees, but were not able to reach a resolution.

2. By January 15, 2014, the parties shall file a joint motion for approval of the class settlement.[1]

3. After entry of an order approving the class settlement, deadlines for filing and briefing the plaintiffs' application for attorneys' fees will be established.

As a result of the settlement of the class claims and in consultation with the office of the Honorable John T. Nixon, the pretrial conference and trial, scheduled by order entered May 30, 2013 (Docket Entry No. 68), on February 14, 2014, and February 25, 2014, respectively, are CANCELLED.

---

[1] Although the parties have not been able to reach an agreement on attorneys' fees, the amount of attorneys' fees will have absolutely no impact on the agreed-upon settlement for the class members.

After the December 20, 2013, conference call, the Magistrate Judge confirmed with Judge Nixon's office that Judge Nixon will indeed schedule a hearing on the joint motion for approval of the class settlement once the motion is filed.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge